**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rival Commercial RE LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Rival Construction LLC** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-4435220** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7308 Ellis Street #3**<br>**Fort Smith, AR 72916**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sebastian**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **thebarracksatchaffee.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Rival Commercial RE LLC**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2362__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

| Debtor | **Rival Commercial RE LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Rival Commercial RE LLC**
      Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 11, 2025**
                MM / DD / YYYY

**X /s/ Lloyd Sumpter**       **Lloyd Sumpter**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ Stanley V. Bond**      Date **April 11, 2025**
Signature of attorney for debtor               MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone **479-444-0255**     Email address **attybond@me.com**

**93034 AR**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

4/11/25 3:01PM

Fill in this information to identify the case:
Debtor name: **Rival Commercial RE LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF ARKANSAS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arkansas DF&A Revv Legal Counsel PO BOX 1272 Rm 2380 Little Rock, AR 72203-1272 | | Notice | | | | $0.00 |
| Capital One Attn: Erin Sudduth, Lloyd & Mc PO Box 23200 Louisville, KY 40223-0200 | | Business Credit Card | | | | $104,159.71 |
| Chasen Garrett Architects PLLC PO Box 8336 Fort Smith, AR 72902 | | Work performed on Fort Chaffee Project - Invoices 16643, 16699, and 16723 | | | | $16,665.00 |
| Crafton Tull 901 N. 47th Street Suite 400 Rogers, AR 72756 | | Work Performed on Fort Chaffee Project -Invoices 182916, 182928 | Disputed | | | $54,629.60 |
| Fort Chaffee Redevelopment Aut 7020 Taylor Avenue Fort Smith, AR 72916 | | Reimbursements Owed for Debtor's Share of Construction Costs of Ward Avenue Overlay Project (4 invoices), and administrative fees (x2) (Part of Fort C | | | | $91,290.50 |
| HSA Engineering Consulting Svc 7405 Ellis Street Fort Smith, AR 72916 | | Work Performed on Fort Chaffee Project - Invoices 22025-1, 22026-1, and 23050-1 | | | | $26,851.25 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Rival Commercial RE LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS** PO Box 7346 Philadelphia, PA 19101-7346 | | **Notice** | | | | $0.00 |
| **Josh Belk, Inc.** PO Box 138 302 S Davis Lavaca, AR 72941 | | **Work Performed on Fort Chaffee Project - Invoices 23-1124 and 23-1140** | | | | $46,508.48 |
| **Lowder Brothers Heat & Air** PO Box 277 Pocola, OK 74902 | | **Work Performed on Fort Chaffee Project - Invoices 5402, 5823A, 5344B, and 6099A** | **Disputed** | | | $50,575.97 |
| **Martindale Construction** 2500 Tennessee Ridge Road Fort Smith, AR 72916 | | **Work Performed on Fort Chaffee Project** | | | | $20,710.00 |
| **Platinum Doors LLC** 1621 W Main Street Charleston, AR 72933 | | **Materials for Fort Chaffee Project** | | | | $1,123.51 |
| **RDC-S111, Inc. Ledger 240 S. Main Street Bentonville, AR 72712** | | **Work Performed on Fort Chaffee Project** | **Disputed** | | | $37,825.36 |
| **RW & Son Pipeline Construction** PO Box 180952 Fort Smith, AR 72918 | | **Work Performed on Fort Chaffee Project - Invoices 1005632, 1005633, 1005634** | | | | $47,335.52 |
| **Sebastian County Tax Collector** PO Box 1358 Fort Smith, AR 72902 | | | | | | $6,342.77 |
| **Sherwin Williams** PO Box 840943 Attn: Bankruptcy Dallas, TX 75284 | | **Supplies for Fort Chaffee Project** | | | | $4,142.19 |
| **Studio 6 Architects** 1120 Garrison Avenue Suite 1A Fort Smith, AR 72901-2617 | | **Work Performed on Fort Chaffee Project - Invoice 22-054-03 and 22-055-03** | | | | $8,922.40 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

| Debtor | Rival Commercial RE LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trotter Electric**<br>**7800 Collier Street**<br>**Fort Smith, AR**<br>**72916** | | **Work Performed at Fort Chaffee Project - Invoices 7946, 7947, 7948** | **Disputed** | | | **$49,906.56** |
| **Wohali LLC**<br>**c/o Jeff Riggs, Reg. Agent**<br>**910 S. 35th Street**<br>**Fort Smith, AR**<br>**72903** | | **Work Performed on Fort Chaffee Project - Invoices 22-27, 29, and 30** | | **$326,891.81** | **$0.00** | **Unknown** |

```
Arkansas DF&A
Revv Legal Counsel
PO BOX 1272 Rm 2380
Little Rock, AR 72203-1272


Capital One
Attn: Erin Sudduth, Lloyd & Mc
PO Box 23200
Louisville, KY 40223-0200


Chambers Bank
PO Box 7867
Van Buren, AR 72956


Chasen Garrett Architects PLLC
PO Box 8336
Fort Smith, AR 72902


Crafton Tull
901 N. 47th Street
Suite 400
Rogers, AR 72756


CST Key Collections
PO Box 33127
Attn: Sergio Sanchez
Louisville, KY 40232


First National Bank of FSM
PO Box 7
602 Garrison Avenue
Fort Smith, AR 72902


Fort Chaffee Redevelopment Aut
7020 Taylor Avenue
Fort Smith, AR 72916


Gentry C. Wahlmeier
Attorney for Lowder Brothers
1101 Walnut Street
PO Box 1811
Van Buren, AR 72957


Grand Savings Bank
```

Grand Savings Bank
PO Box 451809
Grove, OK 74345


Hopkins Law
Attn: D. Trey Hopkins, III
3800 Rogers Avenue
Suite 2
Fort Smith, AR 72903


HSA Engineering Consulting Svc
7405 Ellis Street
Fort Smith, AR 72916


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Jay Williams
Williams Law Firm of Arkansas
100 West Main Street
Gentry, AR 72734


Josh Belk, Inc.
PO Box 138
302 S Davis
Lavaca, AR 72941


Ledbetter, Cogbill, Arnold & H
P.O. Box 185
Attn: Rebecca D. Hattabaugh
Fort Smith, AR 72902-0185


Lloyd Sumpter


Lowder Brothers Heat & Air
PO Box 277
Pocola, OK 74902


Martindale Construction
2500 Tennessee Ridge Road
Fort Smith, AR 72916

Phillip Terry, Esq  
Reg. Agent for Platinum Doors  
725 East Main Street  
Charleston, AR 72933

Platinum Doors LLC  
1621 W Main Street  
Charleston, AR 72933

RDC-S111, Inc.  
Ledger 240 S. Main Street  
Bentonville, AR 72712

Registered Agents Inc  
Reg Agent for RDC-S111, Inc.  
710 South Street  
Suite 100  
Mountain Home, AR 72653

RW & Son Pipeline Construction  
PO Box 180952  
Fort Smith, AR 72918

Sebastian County Tax Collector  
PO Box 1358  
Fort Smith, AR 72902

Sherwin Williams  
PO Box 840943  
Attn: Bankruptcy  
Dallas, TX 75284

Studio 6 Architects  
1120 Garrison Avenue  
Suite 1A  
Fort Smith, AR 72901-2617

Trotter Electric  
7800 Collier Street  
Fort Smith, AR 72916

US Attorney Western District  
414 Parker Ave.  
Fort Smith, AR 72901-1902

```
Wohali LLC
c/o Jeff Riggs, Reg. Agent
910 S. 35th Street
Fort Smith, AR 72903
```

# United States Bankruptcy Court
## Western District of Arkansas

In re  **Rival Commercial RE LLC**                                      Case No.
                                      Debtor(s)                         Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rival Commercial RE LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 11, 2025**                                    **/s/ Stanley V. Bond**
Date                                                  **Stanley V. Bond 93034**
                                                      Signature of Attorney or Litigant
                                                      Counsel for   **Rival Commercial RE LLC**
                                                      **Bond Law Office**
                                                      **525 S. School Ave.**
                                                      **Suite 100**
                                                      **Fayetteville, AR 72701**
                                                      **479-444-0255 Fax:479-235-2827**
                                                      **attybond@me.com**