**Fill in this information to identify the case:**

Debtor name   **Rival Commercial RE LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **2:25-bk-70623**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 30, 2025**          X **/s/ Lloyd Sumpter**
                                                        Signature of individual signing on behalf of debtor

                                                        **Lloyd Sumpter**
                                                        Printed name

                                                        **Manager**
                                                        Position or relationship to debtor

5/30/25 10:09PM

---

**Fill in this information to identify the case:**

Debtor name    **Rival Commercial RE LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known)    **2:25-bk-70623**

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $      **7,980,600.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................    $      **33,447.54**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................    $      **8,014,047.54**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **6,338,415.60**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      **6,342.77**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **560,646.05**

4.    Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b    | $      **6,905,404.42** |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rival Commercial RE LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF ARKANSAS |
| Case number (if known) | **2:25-bk-70623** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FNB Operating Account** | **Checking** | **1773** | **$1,097.54** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$1,097.54**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

| Debtor | **Rival Commercial RE LLC** | Case number *(If known)* **2:25-bk-70623** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Antique Light Fixtures from Original Barracks (exact quantity unknown) and Antique Army Wall Lockers, 10-20qty.** | | **$0.00** | | **Unknown** |
| | **2qty New Glass Garage Doors - valued at $8,000/piece and 20qty new windows valued at $200/piece, stored at FCRA office** | | **$0.00** | | **$20,000.00** |
| | **Scraps from Construction Projects** | | **$0.00** | | **$200.00** |

| 20. | **Work in progress** |
|---|---|
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | **$20,200.00** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

Debtor **Rival Commercial RE LLC**
Name

Case number *(If known)* **2:25-bk-70623**

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Small Office Furniture - Desks, Tables, Chairs, File Cabinets** | $0.00 | | $2,000.00 |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $2,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Rival Commercial RE LLC** | | Case number *(if known)* | **2:25-bk-70623** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **7402 Ellis Street, Fort Smith AR - Building 859** | | | |
| | **Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **Unknown** | **$495,000.00** |
| 55.2. | **7428 Ellis Street, Fort Smith AR - Building 866** **11821 Darby Street, Fort Smith AR - Building 868** | | | |
| | **Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **Unknown** | N/A | **$300,000.00** |

Debtor    **Rival Commercial RE LLC**            Case number *(If known)*   **2:25-bk-70623**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **7301 Buckhorn Street, Fort Smith AR - Building 836 - $600,000 as is 7305 Buckhorn Street, Fort Smith AR - Building 837 - $600,000 as is**<br><br>**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **$0.00** | Expert | **$1,200,000.00** |
| 55.4. | **10 & 12 Town Square, Greenwood AR - 6 unit commercial space, All currently occupied.**<br><br>**See A/B Supplement for Additional Details.** | **Fee Owner Subject to Mortgage** | **Unknown** | N/A | **$650,000.00** |

Debtor   **Rival Commercial RE LLC**                                    Case number *(If known)*  **2:25-bk-70623**
Name

| | | | | |
|---|---|---|---|---|
| 55.5. | **Terry Street "Green Space" with Stage and .96 acre - $115,000 as is Ellis Street Parking Lot - .96 acre - $100,000 as is**<br><br>**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **$0.00** | **$215,000.00** |
| 55.6. | **12211 Ward Ave, Fort Smith, AR - Building 139**<br><br>**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **$0.00** | **$300,000.00** |

Debtor   **Rival Commercial RE LLC**                                    Case number *(If known)* **2:25-bk-70623**
      Name

| | | | |
|---|---|---|---|
| 55.7. | **7201 Terry Street, Fort Smith, AR - Building 123 - $300,000 as is 12007 Ward Ave, Fort Smith, AR - Building 130 - $100,000 as is 12013 Ward Ave, Fort Smith, AR - 1.61 acres of land - $160,000 as is 12001 Ward Ave, Fort Smith AR - Building 128 - $500,000 as is**<br><br>**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **$0.00** | **$1,060,000.00** |
| 55.8. | **7300 Ellis St., Fort Smith, AR - "Conex Bar" 7308 Ellis St., Fort Smith, AR - Building 856**<br><br>**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.** | **Fee Owner Subject to Mortgage** | **$0.00**  Comparable sale | **$675,000.00** |

| Debtor | **Rival Commercial RE LLC** | Case number *(If known)* **2:25-bk-70623** |
|---|---|---|
| | Name | |

55.9. **7304 Buckhorn Street - Building 819 - $150,000 as is**
**7308 Buckhorn Street - Building 820 - $180,000 as is**
**7312 Buckhorn Street - Building 821 - $180,000 as is**
**7309 Buckhorn Street - Building 838 - $685,000 as is**
**7313 Buckhorn Street - Building 839 - $200,000 as is**
**7317 Buckhorn Street - Building 840 - $200,000 as is**
**7401 Buckhorn Street - Building 841 - $180,000 as is**
**Land on Buckhorn St Adjacent to Bldg 819 - LOT 23 - $50,000 as is**
**Land on Buckhorn St Adjacent to Bldg 848 - LOT 14 - $50,000 as is**
**Parking Lot Between Bldg 856 & 859 - LOT 25 - $70,000 as is**
**Veteran's Tribute Trail - 1.14 acre strip for walking path between Buckhorn St. & Ellis St. - LOT 32 - $91,200 as is**
**Buckhorn Street - 1.43 acres street with underground utilities - LOT 23A - $114,400 as is**

**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale + development costs, recent sales and discussions of potential sales with developers in the Fort Chaffee Barracks project. See A/B Supplement for Additional Details & As Completed Values.**

| | **Fee Owner Subject to Mortgage** | **$0.00** | | **$2,150,600.00** |

Debtor   **Rival Commercial RE LLC**                          Case number *(If known)* **2:25-bk-70623**
             Name

| | | | | |
|---|---|---|---|---|
| 55.10. | **8915 Luxe Manor - Sumpter Residence - approx. 5000sq ft.** **Value listed is current Red Fin estimate. See A/B Supplement for Additional Details.** | **Fee Owner Subject to Mortgage** | $0.00 | $935,000.00 |

| 56. | **Total of Part 9.** | $7,980,600.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Website ($150) and Barracks Signage ($10,000)** | $0.00 | | $10,150.00 |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

| 66. | **Total of Part 10.** | $10,150.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor      **Rival Commercial RE LLC**                          Case number *(If known)*  **2:25-bk-70623**
_____                         _____
            Name

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Rival Commercial RE LLC**                                    Case number *(If known)* **2:25-bk-70623**
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,097.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $7,980,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,150.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $33,447.54 | + 91b. $7,980,600.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,014,047.54 |

## RIVAL COMMERCIAL RE, LLC 3:25-bk-70623  Real Property Asset Schedule Supplement (Page 1 of 2)

| Address of Property & Description | Building # | LOT # | Parcel # | Nature & Extent of Debtor's Interest | FMV As-Is Estimate | FMV Completed Estimate | Secured Creditor & Loan # |
|---|---|---|---|---|---|---|---|
| **10 & 12 Town Square, Greenwood AR 72936**<br>6 unit commercial property, 5 units rented, 1 unit available | N/A | N/A | 63660-0004-00004-01 | Fee Owner Subject to Mortgage | $ 650,000.00 | $ 650,000.00 | Chambers Bank 8361 |
| **7402 Ellis Street, Fort Smith, AR 72916**<br>2 unit commercial property, 1 unit rented to Seiter Design, 1 unit available | 859 | 26A | 18281-0026-00000-00; 18883-0000-04014-02 | Fee Owner Subject to Mortgage | $ 495,000.00 | $ 495,000.00 | FNBFS 1443<br>Grand Savings Bank 8699 |
| **7428 Ellis Street, Fort Smith, AR 72916**<br>Undeveloped Commercial Building, Planning to Develop into Restaurant | 866 | 30 | 18281-0030-00000-00; 18883-0000-04014-03 | Fee Owner Subject to Mortgage | $ 200,000.00 | $ 495,000.00 | FNBFS 2586 |
| **11821 Darby Street, Fort Smith, AR 72916**<br>Undeveloped Commercial Building, Planning to Develop into Restaurant | 868 | 31 | 18281-0031-00000-00; 18883-0000-04014-03 | Fee Owner Subject to Mortgage | $ 100,000.00 | $ 100,000.00 | FNBFS 2586 |
| **7301 Buckhorn Street, Fort Smith, AR 72916**<br>Partially Developed Future Fort Smith Coffee Company & Restaurant Location, 5400sq ft building, 2 stories. 75% Complete: Already has $30K exhaust hood, $100K fire sprinkler system, design, engineering and permits in place; HVAC, Electrical, Plumbing, & Grease Trap ($135K) all roughed in. | 836 | 1 | 18281-0001-00000-00 | Fee Owner Subject to Mortgage | $ 600,000.00 | $ 1,000,000.00 | Grand Savings Bank 0829 |
| **7305 Buckhorn Street, Fort Smith, AR 72916**<br>Partially Developed Future 6 unit mixed use Air BnB & Commercial Building. 75% Complete: $100K fire/ sprinkler system in place, read for floors and cabinets in 4 Air BnB units | 837 | 2 | 18281-0002-000000-00 | Fee Owner Subject to Mortgage | $ 600,000.00 | $ 1,000,000.00 | Grand Savings Bank 0829 |
| **Ellis Street Parking Lot #3, Fort Smith AR 72916**<br>.96 Acres; planning to sell to Fort Chaffee Barracks POA for public shared use. | N/A | 28 | 18281-0028-00000-00; 18883-0000-04122-00 | Fee Owner Subject to Mortgage | $ 100,000.00 | $ 100,000.00 | Grand Savings Bank 6508 |
| **Terry Street "Green Space" & Stage, Fort Smith AR 72916**<br>.96 Acres - Adjacent to Fort Chaffee Museum; planning to develop into EV station. | N/A | 34 | 18281-0034-00000-00; 18883-0000-04123-00 | Fee Owner Subject to Mortgage | $ 115,000.00 | $ 115,000.00 | Grand Savings Bank 6508 |
| **12211 Ward Ave, Fort Smith, AR 72916**<br>Partially Developed Future 2 unit Commercial Building, 3850sq ft - Future Tenant Chaffee Brewing pre-leased for storage and has agreed to share costs to finish developing, appraised for $300,000 as-is in 2022 | 139 | N/A | 18883-0000-05002-00; 40001-0000-00209-00 | Fee Owner Subject to Mortgage | $ 300,000.00 | $ 625,000.00 | Grand Savings Bank 6599 |
| **7201 Terry St, Fort Smith, AR 72916**<br>2 unit Duplex: 1 occupied with full time tenant, second available for nightly rental on Air BnB | 123 | N/A | 40001-0000-00204-00 | Fee Owner Subject to Mortgage | $ 300,000.00 | $ 300,000.00 | Grand Savings Bank 8456 |
| **12007 Ward Ave, Fort Smith, AR 72916**<br>Undeveloped building by the Chapel at the Barracks; possible future parking lot, permit in place, Completed value contemplates development into Commercial Building | 130 | N/A | 40001-0000-00204-00 | Fee Owner Subject to Mortgage | $ 100,000.00 | $ 500,000.00 | Grand Savings Bank 8456 |
| **12013 Ward Ave, Fort Smith, AR 72916**<br>Undeveloped Land, 1.61 acres, possible future parking lot, permit in place. | N/A | N/A | 40001-0000-00204-00 | Fee Owner Subject to Mortgage | $ 160,000.00 | $ 225,000.00 | Grand Savings Bank 8456 |
| **12001 Ward Ave, Fort Smith, AR 72916**<br>Partially developed "Chapel at the Barracks" Commercial Building - Substantial improvements completed, including HVAC & Electric Rough-in. | 128 | N/A | 40001-0000-00204-00 | Fee Owner Subject to Mortgage | $ 500,000.00 | $ 750,000.00 | Grand Savings Bank 8456, Grand Savings Bank 2184 |
| **7308 Ellis St, Fort Smith, AR 72916**<br>3 unit Commercial Building with Parking Lot - currently 2 tenants, including Debtor's HQ, 1 unit being finished by future Tenant Restaurant. FMVs includes 7300 Ellis Street (Conex Bar) | 856 | 24 | 18281-0024-00000-00; 18883-0000-04014-01 | Fee Owner Subject to Mortgage | $ 675,000.00 | $ 795,000.00 | Grand Savings Bank 8491 |

## RIVAL COMMERCIAL RE, LLC 3:25-bk-70623  Real Property Asset Schedule Supplement (Page 2 of 2)

| Address of Property & Description | Building # | LOT # | Parcel # | Nature & Extent of Debtor's Interest | FMV As-Is Estimate | FMV Completed Estimate | Secured Creditor & Loan # |
|---|---|---|---|---|---|---|---|
| **7300 Ellis Street, Fort Smith, AR 72916** <br> "Conex" container 2 story Bar & Event Space - currently rented. FMV included in valuation of 7308 Ellis Street | Conex | 24A | 18281-0024-00000-01 | Fee Owner Subject to Mortgage | N/A | N/A | Grand Savings Bank 8491 |
| **7401 Buckhorn Street, Fort Smith, AR 72916** <br> Undeveloped Commercial Building with .18 acres. Demo & Asbestos check completed | 841 | 6 | 18281-0006-00000-00 | Fee Owner Subject to Mortgage | $ 180,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699 |
| **Buckhorn Street Undeveloped Land, Fort Smith AR 72916** <br> Adjacent to Building 819 - .18 acres | 819 Adj | 23 | 18281-0023-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 50,000.00 | $ 50,000.00 | Grand Savings Bank 8699 |
| **7429 Buckhorn Street, Fort Smith, AR 72916** <br> Undeveloped Land Adjacent to Building 848, .18 acres | 848 Adj | 14 | 18281-0014-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 50,000.00 | $ 50,000.00 | Grand Savings Bank 8699 |
| **7310 Ellis Street, Parking Lot #2, Fort Smith, AR 72916** <br> Between Buildings 856 & 859 with Bar - .58 acres. Debtor intends to Sell to Fort Chaffee Barracks POA for public shared use. | 856 Adj | 25 | 18281-0025-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 70,000.00 | $ 70,000.00 | Grand Savings Bank 8699 |
| **Future "Veteran's Tribute Trial", Fort Smith, AR 72916** <br> 1.14 acres Strip of land running parallel between Buckhorn Street and Ellis Street, between the two rows of buildings - 40'x1250 future 12' sidewalk/trail - Planned to Connect with UAMS walking trail. Debtor intends to Sell to Fort Chaffee Barracks POA for public shared use. | N/A | 32 | 18281-0032-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 91,200.00 | $ 91,200.00 | Grand Savings Bank 8699 |
| **Buckhorn Street Public Access Space, Fort Smith, AR 72916** <br> 50'x1250' street with underground utilites and 86 planned parking spaces. Engineering and Design Complete; Debtor intends to Sell to the Fort Chaffee Barracks Property Owners Association, Inc. for public shared use. | N/A | 23A | 18281-0023-00000-01; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 114,400.00 | $ 114,400.00 | Grand Savings Bank 8699 |
| **7308 Buckhorn Street, Fort Smith, AR 72916** <br> 1 of 5 partially developed buildings in planned "Boutique Hotel" - 12 Rooms. Substantial work completed, including demo and asbestos | 820 | 21 | 18281-0021-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 180,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699, Grand Savings Bank 2489 |
| **7312 Buckhorn Street, Fort Smith, AR 72916** <br> 2 of 5 partially developed buildings in planned "Boutique Hotel" - 14 Rooms. Certificate of Demolition under review at City of FS, substantial work completed, including demo and asbestos | 821 | 20 | 18281-0020-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 180,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699, Grand Savings Bank 2489 |
| **7313 Buckhorn Street, Fort Smith, AR 72916** <br> 4 of 5 partially developed buildings in planned "Boutique Hotel" - 14 Rooms. Substantial work completed, including Demo and Asbestos | 839 | 4 | 18281-0004-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 200,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699, Grand Savings Bank 5047 |
| **7317 Buckhorn Street, Fort Smith, AR 72916** <br> 5 of 5 partially developed buildings in planned "Boutique Hotel" - 14 Rooms. Certificate of Demolition under review at City of FS,  Demo and Asbestos Done | 840 | 5 | 18281-0005-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 200,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699, Grand Savings Bank 5047 |
| **7309 Buckhorn Street, Fort Smith, AR 72916** <br> 3 of 5 partially developed buildings in planned "Boutique Hotel" - Main Lobby Building + 2 commercial retail units. 75% Complete, permit in place. | 838 | 3 | 18281-0003-00000-00 | Fee Owner Subject to Mortgage | $ 685,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699, Grand Savings Bank 5347 |
| **7304 Buckhorn Street, Fort Smith, AR 72916** <br> Partially developed commercial building, 6 or 9 unit townhomes planned. Asbestos complete, needs full Demo - planning to sell to Developer/Investor | 819 | 22 | 18281-0022-00000-00; 18883-0000-04014-00 | Fee Owner Subject to Mortgage | $ 150,000.00 | $ 1,000,000.00 | Grand Savings Bank 8699, Grand Savings Bank 5347, Grand Savings Bank 5047 |
| **8915 Luxe Manor, Fort Smith, AR 72916** <br> Sumpter Residence - 5 bedroom, 3.5 bath, .49 acre lot | N/A | N/A | 16409-0034-00000-00 | Fee Owner Subject to Mortgage | $ 935,000.00 | $ 935,000.00 | Grand Savings Bank 9218, Firstar Bank |
| | | | | **TOTALS:** | $ 7,980,600.00 | $15,460,600.00 | |

**Fill in this information to identify the case:**

Debtor name **Rival Commercial RE LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) **2:25-bk-70623**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1 Chambers Bank**<br>Creditor's Name<br><br>**PO Box 7867**<br>**Van Buren, AR 72956**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**09/17/2021**<br>Last 4 digits of account number **8361**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**10 & 12 Town Square, Greenwood AR - 6 unit commercial space, All currently occupied.**<br><br>**See A/B Supplement for Additional Details.**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400,813.00** | **$650,000.00** |
| **2.2 First National Bank of FSM**<br>Creditor's Name<br><br><br>**PO Box 7**<br>**602 Garrison Avenue**<br>**Fort Smith, AR 72902**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**7428 Ellis Street, Fort Smith AR - Building 866**<br>**11821 Darby Street, Fort Smith AR - Building 868**<br><br>**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and dis**<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | $207,435.55 | $300,000.00 |

| Debtor | **Rival Commercial RE LLC** | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**09/08/2021**
**Last 4 digits of account number**
**2586**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.3 | **First National Bank of FSM** | Describe debtor's property that is subject to a lien | $112,803.88 | $495,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **7402 Ellis Street, Fort Smith AR - Building 859** | | |

**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussions of potential sales with developers in the**

**PO Box 7**
**602 Garrison Avenue**
**Fort Smith, AR 72902**
Creditor's mailing address

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/01/2017**
**Last 4 digits of account number**
**1443**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.4 | **Firstar Bank** | Describe debtor's property that is subject to a lien | $42,000.00 | $935,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8915 Luxe Manor - Sumpter Residence - approx. 5000sq ft.** | | |

**Value listed is current Red Fin estimate. See A/B Supplement for Additional Details.**

**313 E Ray Fine Blvd**
**Roland, OK 74954**
Creditor's mailing address

**Describe the lien**
**Second Mortgage on 8915 Luxe Manor**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/03/2024**
**Last 4 digits of account number**
**1050**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **Rival Commercial RE LLC** | | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Grand Savings Bank**
**2. Firstar Bank**

---

| 2.5 | **Grand Savings Bank** | | | $1,285,123.53 | $1,200,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe debtor's property that is subject to a lien**
7301 Buckhorn Street, Fort Smith AR - Building 836 - $600,000 as is
7305 Buckhorn Street, Fort Smith AR - Building 837 - $600,000 as is

**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/09/2021**

**Last 4 digits of account number**
**0829**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor and its relative priority.

---

| 2.6 | **Grand Savings Bank** | | | $342,383.48 | $675,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe debtor's property that is subject to a lien**
7300 Ellis St., Fort Smith, AR - "Conex Bar"
7308 Ellis St., Fort Smith, AR - Building 856

**Values listed are current "As-Is" FMV estimates based on land value at $80,000/acre from 2023 sale +development costs, recent sales and discussi**

**PO Box 451809**
**Grove, OK 74345**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/07/2021**

**Last 4 digits of account number**
**8491**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor and its relative priority.

| Debtor | **Rival Commercial RE LLC** | | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $418,355.32 | $2,150,600.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**7304 Buckhorn Street - Building 819 -
$150,000 as is
7308 Buckhorn Street - Building 820 -
$180,000 as is
7312 Buckhorn Street - Building 821 -
$180,000 as is
7309 Buckhorn Street - Building 838 -
$685,000 as is
7313 Buckhorn Street - B**

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**10/08/2021**
Last 4 digits of account number
**8699**

Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Grand Savings Bank
2. Grand Savings Bank
3. Grand Savings Bank
4. Grand Savings Bank**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $684,958.50 | $935,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**8915 Luxe Manor - Sumpter Residence -
approx. 5000sq ft.**

**Value listed is current Red Fin estimate. See
A/B Supplement for Additional Details.**

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**10/15/2021**
Last 4 digits of account number
**9218**

Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.4**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $689,113.76 | $2,150,600.00 |
|---|---|---|---|---|

---

| Debtor | **Rival Commercial RE LLC** | | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

7304 Buckhorn Street - Building 819 -
$150,000 as is
7308 Buckhorn Street - Building 820 -
$180,000 as is
7312 Buckhorn Street - Building 821 -
$180,000 as is
7309 Buckhorn Street - Building 838 -
$685,000 as is
7313 Buckhorn Street - B

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

**Describe the lien**

**Second Mortgage on 7309 Buckhorn Street ONLY**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/18/2022**
**Last 4 digits of account number**
**5347**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $396,298.25 | $1,060,000.00 |
|---|---|---|---|---|

Creditor's Name

7201 Terry Street, Fort Smith, AR - Building
123 - $300,000 as is
12007 Ward Ave, Fort Smith, AR - Building
130 - $100,000 as is
12013 Ward Ave, Fort Smith, AR - 1.61 acres
of land - $160,000 as is
12001 Ward Ave, Fort Smith AR - Buildin

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/13/2022**
**Last 4 digits of account number**
**8456**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Grand Savings Bank**
**2. Grand Savings Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $258,143.49 | $1,060,000.00 |
|---|---|---|---|---|

---

| Debtor | **Rival Commercial RE LLC** | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|
| | Name | | |

Creditor's Name

7201 Terry Street, Fort Smith, AR - Building
123 - $300,000 as is
12007 Ward Ave, Fort Smith, AR - Building
130 - $100,000 as is
12013 Ward Ave, Fort Smith, AR - 1.61 acres
of land - $160,000 as is
12001 Ward Ave, Fort Smith AR - Buildin

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

**Describe the lien**

**Second Mortgage on 12001 Ward Ave ONLY**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/29/2022**
**Last 4 digits of account number**
**2184**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

---

| 2.1 2 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $501,836.56 | $2,150,600.00 |
|---|---|---|---|---|

Creditor's Name

7304 Buckhorn Street - Building 819 -
$150,000 as is
7308 Buckhorn Street - Building 820 -
$180,000 as is
7312 Buckhorn Street - Building 821 -
$180,000 as is
7309 Buckhorn Street - Building 838 -
$685,000 as is
7313 Buckhorn Street - B

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

**Describe the lien**

**Second Mortgage on 7313 & 7317 Buckhorn St ONLY**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/19/2022**
**Last 4 digits of account number**
**5047**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

---

| 2.1 3 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $95,398.39 | $215,000.00 |
|---|---|---|---|---|

| Debtor | **Rival Commercial RE LLC** | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

Terry Street "Green Space" with Stage and
.96 acre - $115,000 as is
Ellis Street Parking Lot - .96 acre - $100,000
as is

Values listed are current "As-Is" FMV
estimates based on land value at $80,000/acre
from 2023 sale +development cos

**PO Box 451809**
**Grove, OK 74345**

Creditor's mailing address

Describe the lien
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/30/2022**
**Last 4 digits of account number**
**6508**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $221,697.83 | $300,000.00 |
|---|---|---|---|---|

**Creditor's Name**

**12211 Ward Ave, Fort Smith, AR - Building**
**139**

Values listed are current "As-Is" FMV
estimates based on  land value at
$80,000/acre from 2023 sale +development
costs, recent sales and discussions of
potential sales with developers in the

**PO Box 451809**
**Grove, OK 74345**

Creditor's mailing address

Describe the lien
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/30/2022**
**Last 4 digits of account number**
**6599**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Grand Savings Bank** | Describe debtor's property that is subject to a lien | $355,162.25 | $2,150,600.00 |
|---|---|---|---|---|

| Debtor | **Rival Commercial RE LLC** | | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**PO Box 451809
Grove, OK 74345**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
03/24/2023**

**Last 4 digits of account number
2489**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.7**

7304 Buckhorn Street - Building 819 - $150,000 as is
7308 Buckhorn Street - Building 820 - $180,000 as is
7312 Buckhorn Street - Building 821 - $180,000 as is
7309 Buckhorn Street - Building 838 - $685,000 as is
7313 Buckhorn Street - B

**Describe the lien**
**Second Mortgage on 7308 & 7312 Buckhorn ONLY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Wohali LLC** | Describe debtor's property that is subject to a lien | $326,891.81 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Jeff Riggs, Reg. Agent
910 S. 35th Street
Fort Smith, AR 72903**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
8/23 - 4/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Work Performed on Fort Chaffee Project - Invoices 22-27, 29, and 30 - Upon information and belief, lien filed on all properties.**

**Describe the lien**
**Materialman's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$6,338,415.60** |
|---|---|---|

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor   **Rival Commercial RE LLC**
Name

Case number (*if known*)   **2:25-bk-70623**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hopkins Law**<br>**Attn: D. Trey Hopkins, III**<br>**3800 Rogers Avenue**<br>**Suite 2**<br>**Fort Smith, AR 72903** | Line **2.16** | |
| **Jay Williams**<br>**Williams Law Firm of Arkansas**<br>**100 West Main Street**<br>**Gentry, AR 72734** | Line **2.5** | |
| **Ledbetter, Cogbill, Arnold & H**<br>**P.O. Box 185**<br>**Attn: Rebecca D. Hattabaugh**<br>**Fort Smith, AR 72902-0185** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name  **Rival Commercial RE LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF ARKANSAS

Case number (if known)  **2:25-bk-70623**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arkansas DF&A**<br>**Revv Legal Counsel**<br>**PO BOX 1272 Rm 2380**<br>**Little Rock, AR 72203-1272** | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rival Commercial RE LLC** | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,342.77 | $6,342.77 |
|---|---|---|---|---|

**Sebastian County Tax Collector**
PO Box 1358
Fort Smith, AR 72902

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:

Last 4 digits of account number **6725**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,159.71 |
|---|---|---|---|

**Capital One**
Attn: Erin Sudduth, Lloyd & Mc
PO Box 23200
Louisville, KY 40223-0200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **6666**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,665.00 |
|---|---|---|---|

**Chasen Garrett Architects PLLC**
PO Box 8336
Fort Smith, AR 72902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/23 - 1/31/24**

Basis for the claim:  **Work performed on Fort Chaffee Project - Invoices 16643, 16699, and 16723**

Last 4 digits of account number  **2029**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,629.60 |
|---|---|---|---|

**Crafton Tull**
901 N. 47th Street
Suite 400
Rogers, AR 72756

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **04/2024**

Basis for the claim:  **Work Performed on Fort Chaffee Project -Invoices 182916, 182928**

Last 4 digits of account number  **0600**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,290.50 |
|---|---|---|---|

**Fort Chaffee Redevelopment Aut**
7020 Taylor Avenue
Fort Smith, AR 72916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Reimbursements Owed for Debtor's Share of Construction Costs of Ward Avenue Overlay Project (4 invoices), and administrative fees (x2) (Part of Fort Chaffee Project)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Rival Commercial RE LLC**
          Name

Case number (*if known*)   **2:25-bk-70623**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,851.25 |
|---|---|---|---|

**HSA Engineering Consulting Svc**
**7405 Ellis Street**
**Fort Smith, AR 72916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/23 and 11/13/23**

Basis for the claim:  **Work Performed on Fort Chaffee Project - Invoices 22025-1, 22026-1, and 23050-1**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,508.48 |
|---|---|---|---|

**Josh Belk, Inc.**
**PO Box 138**
**302 S Davis**
**Lavaca, AR 72941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Work Performed on Fort Chaffee Project - Invoices 23-1124 and 23-1140**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,575.97 |
|---|---|---|---|

**Lowder Brothers Heat & Air**
**PO Box 277**
**Pocola, OK 74902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Work Performed on Fort Chaffee Project, specifically Building 128, 12001 Ward Ave, Ft Smith - the Chapel - Invoices 5402, 5823A, 5344B, and 6099A**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,710.00 |
|---|---|---|---|

**Martindale Construction**
**2500 Tennessee Ridge Road**
**Fort Smith, AR 72916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2023**

Basis for the claim:  **Work Performed on Fort Chaffee Project**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,123.51 |
|---|---|---|---|

**Platinum Doors LLC**
**1621 W Main Street**
**Charleston, AR 72933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2024**

Basis for the claim:  **Materials for Fort Chaffee Project**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,825.36 |
|---|---|---|---|

**RDC-S111, Inc.**
**Ledger 240 S. Main Street**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Work Performed on Fort Chaffee Project**

Last 4 digits of account number  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,335.52 |
|---|---|---|---|

**RW & Son Pipeline Construction**
**PO Box 180952**
**Fort Smith, AR 72918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Work Performed on Fort Chaffee Project - Invoices 1005632, 1005633, 1005634**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Rival Commercial RE LLC** | Case number (if known) | **2:25-bk-70623** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,142.19 |
|---|---|---|---|

**Sherwin Williams**
**PO Box 840943**
**Attn: Bankruptcy**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2023**

Basis for the claim:  **Supplies for Fort Chaffee Project**

Last 4 digits of account number  **0990**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,922.40 |
|---|---|---|---|

**Studio 6 Architects**
**1120 Garrison Avenue**
**Suite 1A**
**Fort Smith, AR 72901-2617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/23**

Basis for the claim:  **Work Performed on Fort Chaffee Project - Invoice 22-054-03 and 22-055-03**

Last 4 digits of account number  **2054**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,906.56 |
|---|---|---|---|

**Trotter Electric**
**7800 Collier Street**
**Fort Smith, AR 72916**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **05/28/2024**

Basis for the claim:  **Work Performed at Fort Chaffee Project - Invoices 7946, 7947, 7948**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CST Key Collections**<br>**PO Box 33127**<br>**Attn: Sergio Sanchez**<br>**Louisville, KY 40232** | Line **3.12**<br>☐ Not listed. Explain ____ | **1756** |
| 4.2 | **Gentry C. Wahlmeier**<br>**Attorney for Lowder Brothers**<br>**1101 Walnut Street**<br>**PO Box 1811**<br>**Van Buren, AR 72957** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Phillip Terry, Esq**<br>**Reg. Agent for Platinum Doors**<br>**725 East Main Street**<br>**Charleston, AR 72933** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Registered Agents Inc**<br>**Reg Agent for RDC-S111, Inc.**<br>**710 South Street**<br>**Suite 100**<br>**Mountain Home, AR 72653** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **US Attorney Western District**<br>**414 Parker Ave.**<br>**Fort Smith, AR 72901-1902** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

Debtor   **Rival Commercial RE LLC**                                          Case number (if known)   **2:25-bk-70623**
          Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **6,342.77** |
| **5b. Total claims from Part 2** | 5b. + | $ **560,646.05** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **566,988.82** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Rival Commercial RE LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **2:25-bk-70623**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease for 7300 Ellis Street (Conex Bar), Fort Smith AR 72916**<br><br>State the term remaining   **Through March 2026**<br><br>List the contract number of any government contract | **Chaffee Crossing Entertainment** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease of 10 Town Square, Suite 1, Greenwood AR 72936**<br><br>State the term remaining   **Through November 2026**<br><br>List the contract number of any government contract | **Lammons Healthcare** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease of 10 Town Square, Suite 3, Greenwood AR 72936**<br><br>State the term remaining   **Through May 2025**<br><br>List the contract number of any government contract | **Marcus Thompson** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease of 10 Town Square, Suite 4 & 5, Greenwood AR 72936**<br><br>State the term remaining   **Through August 2025**<br><br>List the contract number of any government contract | **R Value Insulation** |

| Debtor 1 | **Rival Commercial RE LLC** | | Case number (*if known*) | **2:25-bk-70623** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for 7402 Ellis Street, Suite 1, Fort Smith AR 72916** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Seiter Design Co, LLC** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease of 7308 Ellis Street, Suite 2, Fort Smith AR 72916** | |
|---|---|---|---|
| | State the term remaining | **Through December 2027** | |
| | List the contract number of any government contract | | **The Monarch Salon + Spa** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease of 10 Town Square, Suite 2, Greenwood AR 72936** | |
|---|---|---|---|
| | State the term remaining | **Through November 2025** | |
| | List the contract number of any government contract | | **Wildflower Investors LLC** |

**Fill in this information to identify the case:**

Debtor name    **Rival Commercial RE LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known)    **2:25-bk-70623**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lloyd Sumpter** | | **Chambers Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Lloyd Sumpter** | | **Capital One** | ☐ D _____ <br> ■ E/F   **3.1** <br> ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Rival Commercial RE LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   **2:25-bk-70623**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | Unknown |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | Unknown |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | Unknown |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Rival Commercial RE LLC** | Case number *(if known)* **2:25-bk-70623** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Grand Savings Bank**<br>**PO Box 451809**<br>**Grove, OK 74345**<br>**Loans guaranteed by Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Regular payments** |
| 4.2. **First National Bank of FSM**<br>**PO Box 7**<br>**602 Garrison Avenue**<br>**Fort Smith, AR 72902**<br>**Loans guaranteed by Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Regular payments** |
| 4.3. **Chambers Bank**<br>**PO Box 7867**<br>**Van Buren, AR 72956**<br>**Loan guaranteed by Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Regular payment** |
| 4.4. **Firstar**<br>**313 E Ray Fine Blvd**<br>**Roland, OK 74954**<br>**Loan Guaranteed by Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Regular payment** |
| 4.5. **Kubota Credit**<br>**PO BOX 2046**<br>**Grapevine, TX 76099**<br>**Loan in Name of Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Equipment used by Debtor** |
| 4.6. **Citi Bank USA**<br>**P.O.Box 9025**<br>**Des Moines, IA 50368-9025**<br>**Credit Card in Name of Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Credit used for business expenses** |
| 4.7. **Capital One**<br>**Attn: Erin Sudduth, Lloyd & Mc**<br>**PO Box 23200**<br>**Louisville, KY 40223-0200**<br>**Credit Card in Name of Owner Lloyd Sumpter** | **Throughout the year** | **Unknown** | **Credit used for business expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Rival Commercial RE LLC** | Case number *(if known)* **2:25-bk-70623** |
|---|---|---|

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Grand Savings Bank** | **2016 Genie Z45 Basket Lift - Owed $25K to GSB, worth $30K; Debtor's In-laws paid off note in lieu of reposession, GSB loan paid off.** | **October 2024** | **$25,000.00** |
| **Grand Savings Bank** | **Genie Telehandler Forklift - Owed $22k to GSB, worth $48K. GSB took property from Josh Belk's property; property was sold for full value, GSB loan was paid off, Josh Belk got remainder as payment on debts owed.** | **October 2024** | **$48,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Insulation Works v. Rival 57CV-24-27** | **Breach of Contract - Debtor Paid, Satisfaction of Judgment Filed 8-16-24** | **Polk County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | **J&B Supply Inc. v. Rival 66FCV-24-191** | **Breach of Contract - Debtor Paid, Release of Judgment filed 8-13-24** | **Sebastian County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Mickle Griffin LLC v. Rival 66FCV-24-833** | **Breach of Contract - Debtor Paid, Relase of Judgment filed 10-30-24** | **Sebastian County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **FNB OK v. Rival 66FCV-24-1261** | **Foreclosure - Debtor Paid, Release of Mortgage filed 12-27-25** | **Sebastian County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor    **Rival Commercial RE LLC**                              Case number *(if known)*  **2:25-bk-70623**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Lowder Bros Heating & Air v. Rival**<br>**66FCV-24-1137** | **Breach of Contract - Debtor wants to pay but disagrees with invoiced totals** | **Sebastian County Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Grand Savings Bank v. Rival et al.**<br>**66FCV-24-1420** | **Foreclosure** | **Sebastian County Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Capital One, N.A. v. Lloyd Sumpter**<br>**66FCV-25-71** | **Debt Collection (company credit card)** | **Sebastian County Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Rival Commercial RE LLC**                      Case number *(if known)* **2:25-bk-70623**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bond Law Office**<br>**525 S. School Avenue**<br>**Suite 100**<br>**Fayetteville, AR 72701** | **Attorney's Fee Retainer - $13,262**<br>**Filing Fee - $1738** | **02/25/25** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Gifford Holdings LLC**<br>**PO Box 2973**<br>**Rogers, AR 72757** | **Parcel 40001-0000-00208-00 - Bldg 137 & Land, 12201 Ward Avenue, Fort Smith AR. Proceeds were paid to partial release of GSB $457,373.34, J&B Supply Lien $8,532.86, Judgment payoff to Maddox & Maddox $5,821.83, and Schmalz Engineering $16,872.32. Remaining proceeds went to costs and fees - no net proceeds paid to Debtor.** | **08-09-2024** | **$500,000.00** |
| | Relationship to debtor<br>**Investor in Development, POA Member** | | | |
| 13.2. | **Fort Chaffee Holdings LLC**<br>**PO Box 829**<br>**Berryville, AR 72616** | **Fort Chaffee Barracks Development - Buildings 844, 845, 846, and 847 - proceeds paid off partially GSB $516,160.84, Wohali LLC paid $30,000, remaining went to fees and costs - no net funds to Debtor.** | **10-29-2024** | **$560,000.00** |
| | Relationship to debtor<br>**Investor in Development, POA Member** | | | |

Debtor   **Rival Commercial RE LLC**                                     Case number *(if known)*  **2:25-bk-70623**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>. | **Gifford Holdings LLC**<br>**PO Box 2973**<br>**Rogers, AR 72757** | **7405 and 7409 Buckhorn Street - Bldgs**<br>**842 & 843 - Proceeds were paid to GSB**<br>**($257,311.92) Wohali ($20,000), remaining**<br>**funds went to costs and fees - no net**<br>**proceeds to Debtor** | **10-29-2024** | **$280,000.00** |
| | **Relationship to debtor**<br>**Investor in Development, POA**<br>**Member** | | | |
| 13.4<br>. | **Brentwood Properties NWA**<br>**LLC**<br>**PO Box 2973**<br>**Rogers, AR 72757** | **Buildings 826 & 827, 7416 Buckhorn**<br>**Street - Proceeds were paid to GSB**<br>**($200,004.16), Wohali ($20,000), Mickle**<br>**Judgment ($36,485.46), and Taxes on**<br>**Parcel 18883-0000-04014-00 ($20,822.30).** | **10-29-2024** | **$280,000.00** |
| | **Relationship to debtor**<br>**Investor in Development, POA**<br>**Member** | | | |
| 13.5<br>. | **Misty Mountain Rentals LLC**<br>**309 North Main Street**<br>**Bentonville, AR 72712** | **Buildings 828, 829, 830, and 848 - 7420,**<br>**7424, 7428, and 7429 Buckhorn Street,**<br>**$140,000 per building. Proceeds were**<br>**paid to GSB ($514,657.34), Wohali**<br>**($40,000), Taxes and Fees.** | **10-29-2024** | **$560,000.00** |
| | **Relationship to debtor**<br>**Investor in Development, POA**<br>**Member** | | | |
| 13.6<br>. | **Golden House Investments**<br>**LLC**<br>**2500 River Vista Drive**<br>**Alma, AR 72921** | **Building 860, 7406 Ellis Street. Proceeds**<br>**paid to Firstar on Loan 7589**<br>**($218,524.79), fees and taxes** | **12-03-2024** | **$220,000.00** |
| | **Relationship to debtor**<br>**Investor in Development, POA**<br>**Member** | | | |
| 13.7<br>. | **Frank & Linda Earven** | **7301 Terry Street, Building 800 - partially**<br>**developed air BnB. Proceeds paid off**<br>**outstanding debt to FNB Heavener on**<br>**Loan 1837.** | **12-27-2024** | **$265,000.00** |
| | **Relationship to debtor**<br>**Owner Lloyd Sumpter's**<br>**In-laws** | | | |

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:**   Health Care Bankruptcies

Debtor   **Rival Commercial RE LLC**                                   Case number *(if known)*   **2:25-bk-70623**

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chambers Bank**<br>**PO Box 7867**<br>**Van Buren, AR 72956** | **XXXX-0522** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **04/08/2024** | **$0.00** |
| 18.2. | **Firstar Bank**<br>**313 E Ray Fine Blvd**<br>**Roland, OK 74954** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2024** | **$0.00** |
| 18.3. | **FNB Poteau**<br>**PO Box 68**<br>**Heavener, OK 74937** | **XXXX-8684** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2024** | **$0.00** |

Debtor   **Rival Commercial RE LLC**                      Case number *(if known)*  **2:25-bk-70623**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **FNB Fort Smith**<br>**602 Garrison Ave**<br>**PO Box 7**<br>**Fort Smith, AR 72902** | **XXXX-8997** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other____ | **12/24/2024** | **$0.00** |
| 18.5. | **Grand Savings Bank**<br>**PO Box 451809**<br>**Grove, OK 74345** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other____ | **2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Fort Chaffee Redevelopment Aut**<br>**7020 Taylor Avenue**<br>**Fort Smith, AR 72916** | **FCRA** | **2 Glass Garage Doors and 20qty New Windows (listed on A/B)** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lloyd Sumpter** | **Fort Chaffee Barracks** | **Kawasaki Mule, Power Tools and Misc. Lawncare Equipment** | **Unknown** |
| **Linda & Frank Earven** | **Fort Chaffee Barracks** | **2016 Genie Z45 Basket Lift** | **$30,000.00** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

| Debtor | **Rival Commercial RE LLC** | Case number *(if known)* | **2:25-bk-70623** |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Fort Chaffee Barracks POA, Inc.** | **Non-profit formed by Debtor to hold title to, maintain, enforce, and administer the "Common Areas" of the Fort Chaffee Barracks Subdivision** | **EIN:**<br><br>**From-To   06-21-2024 to Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Doug Hasley CPA<br>911 South May Ave<br>Fort Smith, AR 72901** | **Accountant** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | **Rival Commercial RE LLC** | Case number *(if known)* | **2:25-bk-70623** |
|---|---|---|---|

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lloyd Sumpter** | **Most contemporaneous record keeping done in Buildium, construction development management software** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **First National Bank of FSM**<br>**PO Box 7**<br>**602 Garrison Avenue**<br>**Fort Smith, AR 72902** |
| 26d.2.   **Chambers Bank**<br>**PO Box 7867**<br>**Van Buren, AR 72956** |
| 26d.3.   **Firstar Bank**<br>**313 E Ray Fine Blvd**<br>**Roland, OK 74954** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lloyd Sumpter** | | **Owner, Sole Member, Member Managed LLC** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Rival Commercial RE LLC**                                 Case number *(if known)*   **2:25-bk-70623**

---

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lloyd Sumpter** | **Draws as needed, payment of personal credit cards used for business purchases, payment of personal residence mortgage (owned by Debtor)** | **Throughout the year** | **Compensation** |
| | Relationship to debtor <br> **Owner, Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 30, 2025**

**/s/ Lloyd Sumpter**                                      **Lloyd Sumpter**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Arkansas

In re  **Rival Commercial RE LLC**

Case No.  **2:25-bk-70623**

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 13,262.00 |
| Prior to the filing of this statement I have received | $ | 13,262.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c.  [Other provisions as needed]
       **The preparation and filing of a bankruptcy case under Chapter 11 of the United States Bankruptcy Code, necessary motions, applications and orders common to such cases, the commencement and defense of contested matters, examination of claims and bringing of objections to such claims, document review, attendance at meetings of creditors, hearings and examinations, and related services.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of officers, directors or employees of the debtor.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2025**

*Date*

**/s/ Stanley V. Bond**
**Stanley V. Bond 93034**
*Signature of Attorney*
**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255  Fax: 479-235-2827**
**attybond@me.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Arkansas

In re    **Rival Commercial RE LLC**                         Case No.    **2:25-bk-70623**

Debtor(s)             Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lloyd Sumpter** | | | **100% of Member Interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 30, 2025**                Signature    **/s/ Lloyd Sumpter**

                                                            **Lloyd Sumpter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Arkansas

In re    **Rival Commercial RE LLC**

Debtor(s)

Case No.    **2:25-bk-70623**

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 30, 2025**

**/s/ Lloyd Sumpter**

**Lloyd Sumpter**/**Manager**
Signer/Title